IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTHONY BARTEE, ) | |
| TDCJ No. 999282, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-12-CA-420-FB |
| ) | |
| SUSAN D. REED, Bexar County ) | |
| District Attorney, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF REMAND AND ADMINISTRATIVE CLOSURE

The parties filed advisories on November 13, 2012, indicating that further testing of DNA materials may be necessary in this case. (Docket nos. 14 & 15). The file reflects no further activity. After careful consideration, the Court is of the opinion that this case should be remanded to the state court which ordered that all DNA materials be tested for further proceedings consistent with that Court's order. The Court is also of the opinion that this federal case should be administratively closed pending conclusion of those proceedings in the state court.

IT IS THEREFORE ORDERED that this case is REMANDED to state court and ADMINISTRATIVELY CLOSED pending conclusion of further proceedings related to DNA testing in state court.

It is so ORDERED.

SIGNED this 19th day of March, 2013.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE